UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-02-D-1

UNITED STATES OF AMERICA

v.

EUNICE ANTANET SAUNDERS

ORDER TO SEAL

On motion of the Defendant, Eunice Antanet Saunders, and for good cause shown, it is hereby ORDERED that the [**DE31**] be sealed until further notice by this Court.

SO ORDERED. This **31** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge